IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

          Plaintiff,

-vs-

Tanner Litteral,

          Defendant.

Case No. 3:21-CR-038

Magistrate Judge Peter B. Silvain, Jr.

## ORDER

On oral motion of the Defendant in open court, in accordance with the provisions in Title 18 of the United States Code, Section 3161, the Defendant in the above case, Tanner Litteral , hereby waives his right to a speedy trial. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 02-02-2022

Defendant: _Tanner Litteral_

Defense Counsel: _[signature]_

_[signature]_
Peter B. Silvain, Jr.
United States Magistrate Judge