IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No.  3:21CR0038 |
| | ) | |
| Tanner Litteral | ) | |

## ORDER TERMINATING PROBATION

The above named began probation on April 12, 2023, for a period of three years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 21st day of October, 2025

Peter B. Silvain, Jr.
United States Magistrate Judge